DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LARRY BRYANT,**
Appellant,

v.

**DAVID ARONBERG,**
Appellee.

No. 4D20-952

[October 22, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 50-2019-CA-016441-XXXX-MB.

Larry Bryant, Okeechobee, pro se.

Ashley Brooke Moody, Attorney General, Tallahassee, and Shane Weaver, Esq., Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN, JJ., and FRINK, KEATHAN, Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***